B7 (Official Form 7) (04/13)

# United States Bankruptcy Court
## District of Colorado

**IN RE:**

Case No. **13-14422 EEB**

**In Play Membership Golf, Inc.**

Chapter **11**

Debtor(s)

# STATEMENT OF FINANCIAL AFFAIRS

This statement is to be completed by every debtor. Spouses filing a joint petition may file a single statement on which the information for both spouses is combined. If the case is filed under chapter 12 or chapter 13, a married debtor must furnish information for both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. An individual debtor engaged in business as a sole proprietor, partner, family farmer, or self-employed professional, should provide the information requested on this statement concerning all such activities as well as the individual's personal affairs. To indicate payments, transfers and the like to minor children, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

Questions 1 - 18 are to be completed by all debtors. Debtors that are or have been in business, as defined below, also must complete Questions 19 - 25. **If the answer to an applicable question is "None," mark the box labeled "None."** If additional space is needed for the answer to any question, use and attach a separate sheet properly identified with the case name, case number (if known), and the number of the question.

### DEFINITIONS

*"In business."* A debtor is "in business" for the purpose of this form if the debtor is a corporation or partnership. An individual debtor is "in business" for the purpose of this form if the debtor is or has been, within six years immediately preceding the filing of this bankruptcy case, any of the following: an officer, director, managing executive, or owner of 5 percent or more of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership; a sole proprietor or self-employed full-time or part-time. An individual debtor also may be "in business" for the purpose of this form if the debtor engages in a trade, business, or other activity, other than as an employee, to supplement income from the debtor's primary employment.

*"Insider."* The term "insider" includes but is not limited to: relatives of the debtor; general partners of the debtor and their relatives; corporations of which the debtor is an officer, director, or person in control; officers, directors, and any persons in control of a corporate debtor and their relatives; affiliates of the debtor and insiders of such affiliates; any managing agent of the debtor. 11 U.S.C. § 101(2),(31).

---

**1. Income from employment or operation of business**

None ☐ State the gross amount of income the debtor has received from employment, trade, or profession, or from operation of the debtor's business, including part-time activities either as an employee or in independent trade or business, from the beginning of this calendar year to the date this case was commenced. State also the gross amounts received during the **two years** immediately preceding this calendar year. (A debtor that maintains, or has maintained, financial records on the basis of a fiscal rather than a calendar year may report fiscal year income. Identify the beginning and ending dates of the debtor's fiscal year.) If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income of both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | SOURCE |
|---|---|
| 106,591.93 | 2013 Gross Income to Date (this amount includes income from Plum Creek Food & Beverage, Inc., a separate entity, in order to reflect the complete operations of the golf course businesses) |
| 3,124,571.93 | 2012 Gross Income (this amount includes income from Plum Creek Food & Beverage, Inc., a separate entity, in order to reflect the complete operations of the golf course businesses) |
| 3,972,120.00 | 2011 Gross Income (this amount includes income from Plum Creek Food & Beverage, Inc., a separate entity, in order to reflect the complete operations of the golf course businesses) |

---

**2. Income other than from employment or operation of business**

None ☐ State the amount of income received by the debtor other than from employment, trade, profession, operation of the debtor's business during the **two years** immediately preceding the commencement of this case. Give particulars. If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income for each spouse whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | SOURCE |
|---|---|
| 10,696.15 | 2011 - Rent from food and beverage (TNTPC) |
| 491,842.90 | 2011 - Rent Income from SAH, Inc. |
| 217,043.46 | 2011 - Rental Income from Scott Meadow Ranch |

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

**3. Payments to creditors**
*Complete a. or b., as appropriate, and c.*

None ☑ *a. Individual or joint debtor(s) with primarily consumer debts:* List all payments on loans, installment purchases of goods or services, and other debts to any creditor made within **90 days** immediately preceding the commencement of this case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $600. Indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

None ☐ *b. Debtor whose debts are not primarily consumer debts:* List each payment or other transfer to any creditor made within **90 days** immediately preceding the commencement of the case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $6,255.* If the debtor is an individual, indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments and other transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

*\* Amount subject to adjustment on 4/01/16, and every three years thereafter with respect to cases commenced on or after the date of adjustment.*

| NAME AND ADDRESS OF CREDITOR | DATE OF PAYMENTS/TRANSFERS | AMOUNT PAID OR VALUE OF TRANSFERS | AMOUNT STILL OWING |
|---|---|---|---|
| Xcel Energy<br>P.O. Box 9477<br>Minneapolis, MN  55484-0001 | January - March 2013 | 10,154.65 | 137.39 |

None ☑ *c. All debtors:* List all payments made within **one year** immediately preceding the commencement of this case to or for the benefit of creditors who are or were insiders. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

**4. Suits and administrative proceedings, executions, garnishments and attachments**

None ☐ a. List all suits and administrative proceedings to which the debtor is or was a party within **one year** immediately preceding the filing of this bankruptcy case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
|---|---|---|---|
| **J.R. Simplot Company dba Simplot Partners vs. In Play Membership Golf, Inc. dba Plum Creek Golf Course and Deer Creek Golf Club 2009CV79** | **Collection** | **Douglas County District Court** | **Writ of Garnishment - $59,753.44** |
| **Atek Heating and Air Conditioning vs. In Play Membership Golf, Inc. Case No. 2011S437** | **Collection** | **Arapahoe County Court** | **Settled - February 2013** |
| **Ken-Caryl Ranch Master Association vs. In Play Membership Golf, Inc. Case No. 11C58751** | **Collection** | **Jeffreson County Court** | **Pending** |
| **Mick Rafter vs. In Play Membership Golf, Inc. Case No. 12C6056** | **Contract Dispute** | **Douglas County Court** | **Pending** |
| **Helen Hawkins, Howard and Regina Pelling; Edward and Laura Mason; John and Janice Shattnck; Jeffrey and Rebecca Pronto; Lisa and Jeff Bailey; Diane and Trent Sherman; Steven and Kathleen Guebelle; Bryce and Elizabeth Unruh;** | **Property Damage** | **Weld County District Court** | **Pending** |

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

**Patrice Lee and Clifford Begnaud; James Klein; David and Michelle Bratton; Don and Vivian Welliever; Patricia K. Ranney; Mark Russo; Rita Kosch; Kevin G. Smith and Kim M. Edlin; Judi and Dana Haglin; and Carolyn Sue Dean**

**vs.**

**Vista Ridge Development Corporation; Vista Ridge Golf Club Venture, LLC; Colorado National Golf Club, LLC; In Play Membership Golf, INc.**

**Case No. 12CV727**

---

None ☐ b. Describe all property that has been attached, garnished or seized under any legal or equitable process within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON FOR WHOSE BENEFIT PROPERTY WAS SEIZED | DATE OF SEIZURE | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| **Simplot Partners**<br>**4195 Oneida St**<br>**Denver, CO 80216-6602** | **5/31/12** | **Garnishment of bank account in the amount of $341.60** |
| **Simplot Partners**<br>**4195 Oneida St**<br>**Denver, CO 80216-6602** | **8/20/12** | **Garnishment of bank account in the amount of $1,396.79** |
| **Simplot Partners**<br>**4195 Oneida St**<br>**Denver, CO 80216-6602** | **10/22/12** | **Garnishment of bank account in the amount of $3,022.80** |

---

**5. Repossessions, foreclosures and returns**

None ☑ List all property that has been repossessed by a creditor, sold at a foreclosure sale, transferred through a deed in lieu of foreclosure or returned to the seller, within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

---

**6. Assignments and receiverships**

None ☑ a. Describe any assignment of property for the benefit of creditors made within **120 days** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include any assignment by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and joint petition is not filed.)

---

None ☑ b. List all property which has been in the hands of a custodian, receiver, or court-appointed official within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

---

**7. Gifts**

None ☑ List all gifts or charitable contributions made within **one year** immediately preceding the commencement of this case except ordinary and usual gifts to family members aggregating less than $200 in value per individual family member and charitable contributions aggregating less than $100 per recipient. (Married debtors filing under chapter 12 or chapter 13 must include gifts or contributions by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

---

**8. Losses**

None ☐ List all losses from fire, theft, other casualty or gambling within **one year** immediately preceding the commencement of this case **or since the commencement of this case**. (Married debtors filing under chapter 12 or chapter 13 must include losses by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| DESCRIPTION AND VALUE OF PROPERTY | DESCRIPTION OF CIRCUMSTANCES AND, IF LOSS WAS COVERED IN WHOLE OR IN PART BY INSURANCE, GIVE PARTICULARS | DATE OF LOSS |
|---|---|---|
| **Bathrooms, toilets and sinks on 5th hole at Plum Creek Golf Club** | **Vandalized and set on fire.  Insurance paid $3,738.11** | **6/8/12** |
| **Clubhouse at Plum Creek Golf Club** | **Clubhouse was broken into and the upstairs attic window was damaged and 3 glass doors were broken.  Insurance company paid** | **11/10/12** |

$623.38

---

**9. Payments related to debt counseling or bankruptcy**

None    List all payments made or property transferred by or on behalf of the debtor to any persons, including attorneys, for consultation concerning debt consolidation, relief under the bankruptcy law or preparation of a petition in bankruptcy within **one year** immediately preceding the commencement of this case.

---

**10. Other transfers**

None    a. List all other property, other than property transferred in the ordinary course of the business or financial affairs of the debtor, transferred either absolutely or as security within **two years** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

---

None    b. List all property transferred by the debtor within **ten years** immediately preceding the commencement of this case to a self-settled trust or similar device of which the debtor is a beneficiary.

---

**11. Closed financial accounts**

None    List all financial accounts and instruments held in the name of the debtor or for the benefit of the debtor which were closed, sold, or otherwise transferred within **one year** immediately preceding the commencement of this case. Include checking, savings, or other financial accounts, certificates of deposit, or other instruments; shares and share accounts held in banks, credit unions, pension funds, cooperatives, associations, brokerage houses and other financial institutions. (Married debtors filing under chapter 12 or chapter 13 must include information concerning accounts or instruments held by or for either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

---

**12. Safe deposit boxes**

None    List each safe deposit or other box or depository in which the debtor has or had securities, cash, or other valuables within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include boxes or depositories of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

---

**13. Setoffs**

None    List all setoffs made by any creditor, including a bank, against a debt or deposit of the debtor within **90 days** preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

---

**14. Property held for another person**

None    List all property owned by another person that the debtor holds or controls.

---

**15. Prior address of debtor**

None    If debtor has moved within **three years** immediately preceding the commencement of this case, list all premises which the debtor occupied during that period and vacated prior to the commencement of this case. If a joint petition is filed, report also any separate address of either spouse.

---

**16. Spouses and Former Spouses**

None    If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within **eight years** immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state.

---

**17. Environmental Information**

For the purpose of this question, the following definitions apply:

"Environmental Law" means any federal, state, or local statute or regulation regulating pollution, contamination, releases of hazardous or toxic substances, wastes or material into the air, land, soil, surface water, groundwater, or other medium, including, but not limited to, statutes or regulations regulating the cleanup of these substances, wastes or material.

"Site" means any location, facility, or property as defined under any Environmental Law, whether or not presently or formerly owned or operated by the debtor, including, but not limited to, disposal sites.

"Hazardous Material" means anything defined as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, or contaminant or similar term under an Environmental Law.

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

None ☑ a. List the name and address of every site for which the debtor has received notice in writing by a governmental unit that it may be liable or potentially liable under or in violation of an Environmental Law. Indicate the governmental unit, the date of the notice, and, if known, the Environmental Law.

None ☑ b. List the name and address of every site for which the debtor provided notice to a governmental unit of a release of Hazardous Material. Indicate the governmental unit to which the notice was sent and the date of the notice.

None ☑ c. List all judicial or administrative proceedings, including settlements or orders, under any Environmental Law with respect to which the debtor is or was a party. Indicate the name and address of the governmental unit that is or was a party to the proceeding, and the docket number.

## 18. Nature, location and name of business

None ☑ a. *If the debtor is an individual*, list the names, addresses, taxpayer-identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was an officer, director, partner, or managing executive of a corporation, partner in a partnership, sole proprietor, or was self-employed in a trade, profession, or other activity either full- or part-time within **six years** immediately preceding the commencement of this case, or in which the debtor owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

*If the debtor is a partnership*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities, within **six years** immediately preceding the commencement of this case.

*If the debtor is a corporation*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

None ☑ b. Identify any business listed in response to subdivision a., above, that is "single asset real estate" as defined in 11 U.S.C. § 101.

The following questions are to be completed by every debtor that is a corporation or partnership and by any individual debtor who is or has been, within **six years** immediately preceding the commencement of this case, any of the following: an officer, director, managing executive, or owner of more than 5 percent of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership, a sole proprietor, or self-employed in a trade, profession, or other activity, either full- or part-time.

*(An individual or joint debtor should complete this portion of the statement **only** if the debtor is or has been in business, as defined above, within the six years immediately preceding the commencement of this case. A debtor who has not been in business within those six years should go directly to the signature page.)*

## 19. Books, records and financial statements

None ☐ a. List all bookkeepers and accountants who within the **two years** immediately preceding the filing of this bankruptcy case kept or supervised the keeping of books of account and records of the debtor.

NAME AND ADDRESS                           DATES SERVICES RENDERED
**Valerie Pearson**
**PO Box 3444**
**Englewood, CO  80155-3444**

**Alysse Cole**
**331 Players Club Dr**
**Castle Rock, CO  80104-2700**

**Smith Brooks Balshoun & Co. LLP**
**2680 18th St Ste 200**
**Denver, CO  80211-3996**

**Judy Hart**
**22485 E Plymouth Cir**
**Aurora, CO  80016-2788**

None ☐ b. List all firms or individuals who within the **two years** immediately preceding the filing of this bankruptcy case have audited the books of account and records, or prepared a financial statement of the debtor.

NAME AND ADDRESS                           DATES SERVICES RENDERED
**Smith Brooks Balshoun & Co. LLP**
**2680 18th St Ste 200**
**Denver, CO  80211-3996**

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

None c. List all firms or individuals who at the time of the commencement of this case were in possession of the books of account and records of the debtor. If any of the books of account and records are not available, explain.

NAME AND ADDRESS
**Smith Brooks Balshoun & Co. LLP**
**2680 18th St Ste 200**
**Denver, CO  80211-3996**

**Alysse Cole**
**331 Players Dr**
**Castle Rock, CO  80104-2700**

None d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom a financial statement was issued by the debtor within the **two years** immediately preceding the commencement of this case.

NAME AND ADDRESS                                              DATE ISSUED
**Mile High Banks**                                          **Financial Statements issued Quarterly**
**430 Indiana St**
**Golden, CO  80401-5066**

**20. Inventories**

None ☑ a. List the dates of the last two inventories taken of your property, the name of the person who supervised the taking of each inventory, and the dollar amount and basis of each inventory.

None ☑ b. List the name and address of the person having possession of the records of each of the two inventories reported in a., above.

**21. Current Partners, Officers, Directors and Shareholders**

None ☑ a. If the debtor is a partnership, list the nature and percentage of partnership interest of each member of the partnership.

None b. If the debtor is a corporation, list all officers and directors of the corporation, and each stockholder who directly or indirectly owns, controls, or holds 5 percent or more of the voting or equity securities of the corporation.

NAME AND ADDRESS                    TITLE            NATURE AND PERCENTAGE
                                                     OF STOCK OWNERSHIP
**Stacey A. Hart**                  **President**    **100%**
**C/O Plum Creek Gold And Country Club**
**331 Players Dr**
**Castle Rock, CO  80104-2700**

**22. Former partners, officers, directors and shareholders**

None ☑ a. If the debtor is a partnership, list each member who withdrew from the partnership within **one year** immediately preceding the commencement of this case.

None ☑ b. If the debtor is a corporation, list all officers, or directors whose relationship with the corporation terminated within **one year** immediately preceding the commencement of this case.

**23. Withdrawals from a partnership or distributions by a corporation**

None If the debtor is a partnership or corporation, list all withdrawals or distributions credited or given to an insider, including compensation in any form, bonuses, loans, stock redemptions, options exercised and any other perquisite during **one year** immediately preceding the commencement of this case.

NAME & ADDRESS OF RECIPIENT,        DATE AND PURPOSE         AMOUNT OF MONEY OR DESCRIPTION
RELATIONSHIP TO DEBTOR              OF WITHDRAWAL            AND VALUE OF PROPERTY
**Stacey A. Hart**                  **3/15/12 - 3/25/13 - Draws**   **$110,517.67**
**C/O Plum Creek Gold And Country Club**
**331 Players Dr**
**Castle Rock, CO  80104-2700**
**President**

**24. Tax Consolidation Group**

None ☑ If the debtor is a corporation, list the name and federal taxpayer identification number of the parent corporation of any consolidated group for tax purposes of which the debtor has been a member at any time within **six years** immediately preceding the commencement of the case.

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

**25. Pension Funds.**

None  If the debtor is not an individual, list the name and federal taxpayer identification number of any pension fund to which the debtor, as an employer, ☑  has been responsible for contributing at any time within **six years** immediately preceding the commencement of the case.

*[If completed on behalf of a partnership or corporation]*

I declare under penalty of perjury that I have read the answers contained in the foregoing statement of financial affairs and any attachments thereto and that they are true and correct to the best of my knowledge, information, and belief.

Date: **April 15, 2013** _____    Signature: ***/s/ Stacey A. Hart*** _____

**Stacey A. Hart, President**
Print Name and Title

[An individual signing on behalf of a partnership or corporation must indicate position or relationship to debtor.]

_____**0** continuation pages attached

*Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years or both.  18 U.S.C. § 152 and 3571.*

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

**United States Bankruptcy Court**
**District of Colorado**

**IN RE:**

In Play Membership Golf, Inc.

Debtor(s)

Case No. **13-14422 EEB**

Chapter **11**

## SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each. Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided. Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors also must complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11, or 13.

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NUMBER OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | Yes | 1 | $ 5,000,000.00 | | |
| B - Personal Property | Yes | 9 | $ 754,280.96 | | |
| C - Property Claimed as Exempt | Yes | 1 | | | |
| D - Creditors Holding Secured Claims | Yes | 2 | | $ 10,528,886.50 | |
| E - Creditors Holding Unsecured Priority Claims (Total of Claims on Schedule E) | Yes | 1 | | $ 0.00 | |
| F - Creditors Holding Unsecured Nonpriority Claims | Yes | 12 | | $ 199,668.86 | |
| G - Executory Contracts and Unexpired Leases | Yes | 1 | | | |
| H - Codebtors | Yes | 1 | | | |
| I - Current Income of Individual Debtor(s) | No | | | | $ |
| J - Current Expenditures of Individual Debtor(s) | No | | | | $ |
| TOTAL | | 28 | $ 5,754,280.96 | $ 10,728,555.36 | |

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6A (Official Form 6A) (12/07)

IN RE **In Play Membership Golf, Inc.**                                                    Case No. **13-14422 EEB**
_____                                          _____
                        Debtor(s)                                                                (If known)

# SCHEDULE A - REAL PROPERTY

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a cotenant, community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit. If the debtor is married, state whether the husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

**Do not include interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim. See Schedule D. If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim."

If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C - Property Claimed as Exempt.

| DESCRIPTION AND LOCATION OF PROPERTY | NATURE OF DEBTOR'S INTEREST IN PROPERTY | HUSBAND, WIFE, JOINT, OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION | AMOUNT OF SECURED CLAIM |
|---|---|---|---|---|
| **Deer Creek Golf Club**<br>**8135 Shaffer Parkway**<br>**Littleton, CO  80127**<br>**(estimated market value)** | | | 2,500,000.00 | 5,754,644.71 |
| **Plum Creek Golf Club**<br>**331 Players Club Drive**<br>**Castle Rock, CO**<br>**(estimated market value)** | | | 2,500,000.00 | 4,773,600.79 |
| | | **TOTAL** | 5,000,000.00 | |

(Report also on Summary of Schedules)

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6B (Official Form 6B) (12/07)

**IN RE** In Play Membership Golf, Inc.                                                     Case No. **13-14422 EEB**
_____                                          _____
Debtor(s)                                                                                                    (If known)

# SCHEDULE B - PERSONAL PROPERTY

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "x" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether the husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

**Do not list interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property." If the property is being held for a minor child, simply state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

| TYPE OF PROPERTY | N O N E | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT, OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 1. Cash on hand. | X | | | |
| 2. Checking, savings or other financial accounts, certificates of deposit or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | Deer Creek Golf Club Depository account - Guaranty Bank | | 281.00 |
| | | Deer Creek Golf Club Operating Account - Guaranty Bank | | 127.51 |
| | | In Play Membership Golf, Inc. - Chase Bank | | 2,578.79 |
| | | Plum Creek Golf Depository account - Guaranty Bank | | 0.00 |
| 3. Security deposits with public utilities, telephone companies, landlords, and others. | X | | | |
| 4. Household goods and furnishings, include audio, video, and computer equipment. | X | | | |
| 5. Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | X | | | |
| 6. Wearing apparel. | X | | | |
| 7. Furs and jewelry. | X | | | |
| 8. Firearms and sports, photographic, and other hobby equipment. | X | | | |
| 9. Interest in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | X | | | |
| 10. Annuities. Itemize and name each issue. | X | | | |
| 11. Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars. (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c).) | X | | | |
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | X | | | |
| 13. Stock and interests in incorporated and unincorporated businesses. Itemize. | X | | | |
| 14. Interests in partnerships or joint ventures. Itemize. | X | | | |

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6B (Official Form 6B) (12/07) - Cont.

IN RE **In Play Membership Golf, Inc.**                                    Case No. **13-14422 EEB**
_____
Debtor(s)                                                                              (If known)

## SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| TYPE OF PROPERTY | N O N E | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT, OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 15. Government and corporate bonds and other negotiable and non-negotiable instruments. | X | | | |
| 16. Accounts receivable. | | **Accounts Receivable (members)** | | **11,433.66** |
| 17. Alimony, maintenance, support, and property settlements in which the debtor is or may be entitled. Give particulars. | X | | | |
| 18. Other liquidated debts owed to debtor including tax refunds. Give particulars. | X | | | |
| 19. Equitable or future interest, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A - Real Property. | X | | | |
| 20. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | X | | | |
| 22. Patents, copyrights, and other intellectual property. Give particulars. | X | | | |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | X | | | |
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. § 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | | **Membership List** | | **0.00** |
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | | **See attached Inventory Lists (values are included under Machinery, Fixtures and Equipment - Question 29)** | | **0.00** |
| 26. Boats, motors, and accessories. | X | | | |
| 27. Aircraft and accessories. | X | | | |
| 28. Office equipment, furnishings, and supplies. | | **See Attached List**<br>**Deer Creek Golf - $2,675.00**<br>**Plum Creek Golf - $4,950.00** | | **7,625.00** |
| 29. Machinery, fixtures, equipment, and supplies used in business. | | **See attached lising**<br>**Deer Creek Golf - $7805.00 (kitchen equipment)**<br>**Deer Creek Golf - $507,230.00 (equipment inventory)**<br>**Plum Creek Golf - $190,000 (equipment inventory)** | | **705,035.00** |
| 30. Inventory. | | **Chemical Inventory** | | **7,200.00** |
| | | **Plum Creek Golf Pro Shop Inventory - $6,000.00**<br>**Deer Creek Golf Pro Shop Inventory - $14,000.00** | | **20,000.00** |

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6B (Official Form 6B) (12/07) - Cont.

IN RE **In Play Membership Golf, Inc.**                                    Case No. **13-14422 EEB**
_____                    _____
                              Debtor(s)                                                                    (If known)

## SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| TYPE OF PROPERTY | N O N E | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT, OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 31.  Animals. | X | | | |
| 32.  Crops - growing or harvested. Give particulars. | X | | | |
| 33.  Farming equipment and implements. | X | | | |
| 34.  Farm supplies, chemicals, and feed. | X | | | |
| 35.  Other personal property of any kind not already listed. Itemize. | X | | | |
| | | | **TOTAL** | **754,280.96** |

(Include amounts from any continuation sheets attached.
Report total also on Summary of Schedules.)

_____ **0** continuation sheets attached

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

| Plum Creek Technology & Telecommunications | Estimated Market Value |
|---|---|
| Software | $0 |
| Dell Server 2003 | $300 |
| 2 POS Touch Screen Monitors | $150 |
| New Computers for POS system | $3,000 |
| Video Surveillance System | $1,500 |
| 2 HP LaserJet 1320 Printer | $100 |
| Brother Fax Machine | $40 |
| 4 Epson Thermal Receipt Printers | $200 |
| 5 Allworx Telephones | $1,200 |
| **Total:** | **$4,950** |

| Deer Creek Technology & Telecommunications | Estimated Market Value |
|---|---|
| 4 Compac Computers | $500 |
| Software | $0 |
| 3 POS Terminals | $300 |
| 2 Magnetic Credit Card Readers | $30 |
| 6 Radios | $120 |
| 2 Radios | $50 |
| 1 Radio | $25 |
| Computer Equipment (Server, Keyboards, Monitors) | $1,500 |
| Proshop Keeper tee-time software | $0 |
| 3 Epson Thermal Receipt Printers | $150 |
| **Total:** | **$2,675** |

*All equipment listed is owned free and clear of liens

# Inventory – Deer Creek F&B

| Glassware: | Estimated Value: |
|---|---|
| 30 Rock Glasses | $30 |
| 41 pint Glasses | $41 |
| 31 White Wine Glasses | $31 |
| 11 Red Wine Glasses | $31 |
| 7 Martini | $7 |
| 10 Coffee/Hot Toddy Glasses | $10 |
| 58 Coffee Mugs | $58 |
| 68 Banquet Glasses | $68 |
| 7 Water Crafts | $8.75 |
| 88 Champagne Flutes | $88 |
| 28 Small Beer Glasses | $28 |
| 39 Daquiri Glasses | $39 |
| **Total Glassware Value:** | **$439.75** |

| Serving Ware: | |
|---|---|
| 245 Plain White Plates | $125 |
| 43 Soup Bowls | $53.37 |
| 10 Small Brulee Cups | $5 |
| 12 Large Brulee Cups | $9 |
| 442 B&B Plates and saucer combos | $552.50 |
| 100 Charger Tops | $100 |
| 10 Large Serving Trays | $100 |
| 3 Small serving trays | $15 |
| 27 Gravy Boats | $54 |
| 8 Coffee Pots | $40 |
| 5 Chaffing Dishes | $125 |
| 1 Round Chaffing Dish | $25 |
| **Total Serving Ware Value:** | **$1,203.87** |

| Kitchen Equipment: | |
|---|---|
| 2 Blenders | $40 |
| 1 Robot-Coupe/Food Processor | $20 |
| 1 Meat Slicer | $250 |
| 2 Ice Machines – one not working | $1500 |
| 1 Alto-Sham | $2500 |
| 1 Deep Fryer | $250 |
| 1 Flattop grill & stove with four gas burners | $575 |
| 2 Ovens – One Not working | $1000 |
| 1 Grill | $1500 |
| 10 Chef Knives (need sharpening) | $20 for set |
| 1 Lowboy Salad Cooler | $150 |
| **Total Kitchen Equipment Total:** | **$7,805** |

**Broken Equipment/ No Value:**
1 salad cooler
One lowboy freezer
One reach-in cooler
Steam table

Subject:  2013 equipment inventory.xls

From:  Shane Williams (swilliams@deercreekgolfclub.net)

To:  plumcreekgolfandcc@yahoo.com;

Date:  Monday, April 8, 2013 7:13 AM

Here's the equipment inventory.

# 2013 DEER CREEK EQUIPMENT INVENTORY

| PURPOSE | MAKE | MODEL | SERIAL # | YEAR | HOURS | ESTIMATED $ |
|---|---|---|---|---|---|---|
| Utility cart | Club Car | Turf II | RG9943-819436 | | 2917.8 | $ 5,000.00 |
| Utility cart 3 | John Deere | Turf Gator TX | W0TURFD005629 | | 889 | $ 8,000.00 |
| Utility cart 6 | John Deere | Turf Gator TX | W0TURFD005593 | | 812.3 | $ 8,000.00 |
| Utility cart 69 | Club Car | Turf I | HG0824-909811 | | 736.6 | $ 7,000.00 |
| Utility cart 79 | Club Car | Turf I | HG0824-908480 | | 760.9 | $ 7,000.00 |
| Auger | John Deere | 31 | GH | | N/A | $ 500.00 |
| Auger | Greenline | FM5500 | Feb-57 | | N/A | $ 500.00 |
| Backhoe | John Deere | 10A | M0010AX160125 | | N/A | $ 5,000.00 |
| Blower | Maruyama | BLL2600 | 25125 | | N/A | $ 200.00 |
| Blower | Maruyama | BLL4500 | N/A | | N/A | $ 450.00 |
| Green mower | John Deere | 220A | M00220A050927 | | N/A | $ 5,400.00 |
| Green mower | John Deere | 220A | M00220A051246 | | N/A | $ 5,400.00 |
| Drop spreader | Scotts | | N/A | | N/A | $ 50.00 |
| Edger | Red Max | SGC2300 | 24561 | | N/A | $ 500.00 |
| Electric generator | Porter Cable | 6000 Watt | 2112013038 | | N/A | $ 2,500.00 |
| Fairway mower | John Deere | 3215B | TC3215B040157 | | 3113.2 | $ 34,000.00 |
| Fairway mower | John Deere | 3215B | TC3215B040115 | | 3086.5 | $ 34,000.00 |
| Greens groomer | Greens groomer | | 722541 | | N/A | $ 5,000.00 |
| Greens mower | John Deere | 2500 | TC250AD010404 | | 5013.4 | $ 31,000.00 |
| Greens mower | John Deere | 2500 | TC2500D010725 | | 4144.9 | $ 31,000.00 |
| Greens roller | Agrimetal | | 26350 | | N/A | $ 1,300.00 |
| Greens roller | Agrimetal | | 23660 | | N/A | $ 1,300.00 |
| Bedknife Grinder | Angle Master 3000 | | 30-028 | 2000 | N/A | $ 20,000.00 |
| Reel Grinder | Express Dual 3000 | | 30111 | | N/A | $ 20,000.00 |
| Head edger | Red Max | SGC2300 | 964544 | | N/A | $ 500.00 |
| Hedge trimmer | Shindaiwa | DH 230 | 3022582 | | N/A | $ 400.00 |
| Hill mowing | Flymo | | 4500488 | | N/A | $ 800.00 |
| Hill mowing | Flymo | | 4500498 | | N/A | $ 800.00 |
| Hotsy | Hotsy | F200 | C756670300 | | N/A | $ 1,500.00 |
| Intermediate mower | John Deere | 2653A | TC2653D100754 | | 2242.4 | $ 17,000.00 |
| Pro Gator | John Deere | 2020 | TC2020A010942 | | 3202.3 | $ 11,000.00 |
| Pro Gator Sprayer | John Deere | 2030 | TC2030B035386 | | N/A | $ 11,000.00 |
| Rake bunkers | Toro | Sand Pro 5000 | 30400 | | 7103.3 | $ 12,000.00 |
| Rotary spreader | Scotts | Acupro 2000 | N/A | | N/A | $ 100.00 |
| Rotary spreader | Scotts | Acupro 2000 | N/A | | N/A | $ 100.00 |
| Rotary spreader | Scotts | Acupro 2000 | N/A | | N/A | $ 100.00 |
| Rough mower | John Deere | F1145 | MO1145X171204 | | 4413 | $ 22,000.00 |
| Rough mower | John Deere | DD FM Mower | KM072FMX071102 | | N/A | $ 10,000.00 |
| Sod cutter | Classen | SC-18/5.5 | 2126 | | N/A | $ 4,000.00 |
| Sprayer Tank | John Deere | HD200 | N/A | | N/A | $ 8,000.00 |
| Spreader | Lely | 2002 | 10806-1693 | | N/A | $ 1,000.00 |
| Tee mower | John Deere | 2500 | TC2500D010702 | | 4224.5 | $ 31,000.00 |
| Tee mower | John Deere | 2500 | TC2500D010714 | | 4668.4 | $ 31,000.00 |
| Three wheel cart | Cushman | Truckster | 898530-95002174 | | 5660 | $ 14,000.00 |
| Tractor | John Deere | 5210 | LV5210S123368 | | 2479.9 | $ 27,000.00 |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Tractor aerifier | John Deere | 1500 | TC1500X035064 | | N/A | $ | 7,000.00 |
| Tractor blower | Agrimetal | RW 300 Plus | 23763 | | N/A | $ | 1,000.00 |
| Tractor bucket | John Deere | 540 | W00540X022437 | | N/A | $ | 3,000.00 |
| Trailer | John Deere | 22 | N/A | | N/A | $ | 500.00 |
| Truck | GMC | High Sierra | 1GDHC3490CV570751 | 1981 | N/A | $ | 5,000.00 |
| Ty-crop | Honda | QP300 | 8926 | | N/A | $ | 5,000.00 |
| Ty-crop | Honda | QP bed/chassis | 9597 | | N/A | $ | 17,000.00 |
| Verticut reel | John Deere | | MOVC22B010392 | | N/A | $ | 2,000.00 |
| Verticut reel | John Deere | | MOVC22B010364 | | N/A | $ | 2,000.00 |
| Verticut reel | John Deere | | MOVC22B010388 | | N/A | $ | 2,000.00 |
| Walk aerifier | John Deere | 800 | 3234103941 | | N/A | $ | 19,000.00 |
| Walk behind blower | Billy Goat | | 71000034 | | N/A | S | 350.00 |
| Weed eater | Maruyama | BCL2550 | 508901 | | N/A | S | 250.00 |
| Weed eater | Red Max | BCL2500XS | 13645? | | N/A | $ | 400.00 |
| Weed eater | Shindawia | | 90117? | | N/A | $ | 200.00 |
| Weeds mower | John Deere | 513 | 82199 | 2001 | N/A | $ | 100.00 |
| Trash Pump | Teel | 3P956A | N/A | | N/A | $ | 1,500.00 |
| Gas Cabinet | Eagle | 1906 | N/A | | N/A | $ | 100.00 |
| Clear water pump | Hydrostar | 98013 | N/A | | N/A | $ | 600.00 |
| Blade grinder | Foley United | 377 | 99K377-0590 | | N/A | $ | 3,000.00 |
| Air Compresser | | LK6580V2 | N/A | | N/A | $ | 200.00 |
| 2 Gal. Sprayer | | | N/A | | N/A | $ | 50.00 |
| 4 Gal. Sprayer | SP Systems | Yard tender | 189 | | N/A | $ | 60.00 |
| 4 Gal. Sprayer | SP Systems | Yard tender | 189 | | N/A | $ | 60.00 |
| 4 Gal. Sprayer | Echo | S-4 | N/A | | N/A | $ | 60.00 |
| Storage cabinet | Eagle | Pest-47 | N/A | | N/A | $ | 100.00 |
| Box scraper | Gannon | N/A | N/A | | N/A | $ | 300.00 |

$     507,230.00

## Plum Creek Equipment Inventory 2013

| Purpose | Make | Model | Serial # | Hrs | Year | Condition | FMV | own/lease | Lease # | Lease type | Monthly Payment | Term Date |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Utility | Tiger Star | Utility Truck | LSCAA100J22A044286 113Z05.5 m | | 2005 | good | 3000 | own | | | | |
| Utility | Honda | 27' comm mower | make 1009802 | | 2007 | good | 400 | own | | | | |
| Greens | Toro | 648 Aerifier | 0930027 0000601 | 500 | 2007 | Good | 18000 | own | | | | |
| Fwy | Toro | 54100 | 036702 0000610 | 2316 | 2007 | Good | 18000 | own | | | | |
| Rough | Toro | Sidewinder | 3085927 0000501 | 2054 | 2007 | Good | 12000 | own | | | | |
| Grinders | Rota Master | rotary grinder | Rm3000 | | 2007 | good | 4000 | own | | | | |
| Greens | Jacobsen | Greens King IV | 6228904490 | 1850 | 2007 | Good | 10000 | own | | | | |
| Greens | Toro | PA 17 topdresser | 41150-40298 | | 2002 | Good | 4500 | own | | | | |
| Greens | True Surface | Treplex greens roller | UR20028 | | 2001 | Good | 1000 | own | | | | |
| Greens | Jacobsen | GK IV greens reels | 68621-3292 | | 2000 | Good | 1600 | own | | | | |
| Greens | Toro | GM 1000 | 04052-250000654 | | 2000 | Good | 1000 | own | | | | |
| Greens | turfco meter-matic | topdresser | 492267-85415 | | 1990 | poor | 400 | own | | | | |
| Greens | Jacobsen | GK IV groomer reels | | | 1999 | fair | 1200 | own | | | | |
| Greens | Jacobsen | 22" walking green mow | 62261-5192 | | 2003 | Good | 1000 | own | | | | |
| Greens | Jacobsen | 22" walking green mow | 62261-5193 | | 2003 | Good | 1000 | own | | | | |
| Greens | Jacobsen | 22" walking green mow | 62261-5194 | | 2003 | Good | 1000 | own | | | | |
| Greens | Jacobsen | 22" walking green mow | 62261-5876 | | 1997 | Fair | 800 | own | | | | |
| Greens | Jacobsen | 22" walking green mow | 62261-02463 | | 1996 | Fair | 800 | own | | | | |
| Greens | Jacobsen | 22" walking green mow | 62261-02461 | | 1996 | Fair | 800 | own | | | | |
| Greens | Jacobsen | 22" walking green mow | 62261-02464 | | 1996 | Fair | 800 | own | | | | |
| Greens | Jacobsen | 22" walking green mow | 62261-02462 | | 1996 | Fair | 800 | own | | | | |
| Greens | Toro | 1800 topdresser | 44220-90.98 | | 1999 | Fair | 600 | own | | | | |
| Greens | Turfco meter-matic | topdresser | 492267-85417 | | 1993 | Fair | 500 | own | | | | |
| Greens | Toro | greens aerator | 09100-60428 | | 1990 | out of service | 500 | own | | | | |
| Greens | Jacobsen | Greens King IV | 62300-2800 | 5400+ | 1988 | Worn | 500 | own | | | | |
| Green/tee | Jacobsen | Greens King IV | 62300-2024 | 5000+ | 1988 | out of service | 500 | own | | | | |
| Green/tee | Jacobsen | Greens King IV | 63200-1957 | 7697+ | 1988 | Worn | 500 | own | | | | |
| Fwy | Toro | 54000 | 03543-210000113 | 4115 | 2001 | Good | 3000 | own | | | | |
| Fwy | Toro | 53000 | 03530-60225 | 1740 | 1996 | Worn | 1500 | own | | | | |
| Fwy | Cushman | Go60 aerator | B98558-95002750 | 1500+ | 1995 | Fair | 3000 | own | | | | |
| Rough | Jacobsen | Turfcat T628D | 94671400071 | 1902 | 2003 | Good | 6000 | own | | | | |
| Rough | Alamo | Bushhog | A8F2B-A6601728 | | 1996 | Fair | 1500 | own | | | | |
| Rough | Lastec | 721X Articulator | 13110499 | 4500+ | 1999 | out of service | 1000 | own | | | | |
| Rough | Lastec | 721X Articulator | 4550693 | 5000+ | 1993 | out of service | 200 | own | | | | |
| Rough | National | 84" triplex | 7057 | 1350 | 1990 | worn | 2000 | own | | | | |
| Rough | Jacobsen | Turfcat | 66074-1668 | 7500+ | 1983 | out of service | 200 | own | | | | |
| Rough | Bunton | 36" comm mower | TTBH6-3676 | | 1993 | out of service | 100 | own | | | | |
| Utility | Club Car | Carryall II | 0807-860849 | 1582 | 2007 | Good | 3500 | own | | | | |
| Utility | Club Car | Carryall II | 0802-0868 | 1585 | 2007 | Good | 3500 | own | | | | |
| Utility | Toro | Workman | 07213-220000191 | 1098 | 2002 | Good | 2500 | own | | | | |
| Utility | Toro | Sand pro | 08886-220000113 | 6453 | 2002 | poor | 1500 | own | | | | |
| Utility | Toro | 1100 Workman | 0752-210000542 | 1785 | 2009 | Good | 1500 | own | | | | |
| Utility | Toro | 1100 Workman | 0752-210000826 | 1667 | 2009 | Good | 1300 | own | | | | |
| Utility | Toro | Workman | 07205-90284 | 2708 | 1999 | Fair | 1200 | own | | | | |
| Utility | Toro | Workman | 07205-220000159 | 2721 | 1999 | Fair | 1200 | own | | | | |
| Utility | Kubota | 5400 Tractor | M540-80275 | 4245 | 1999 | Good | 12500 | own | | | | |
| Utility | Toro | Workman | 07209-90129 | 4352 | 1995 | poor | 1000 | own | | | | |
| Utility | Club Car | Carryall II | E69347361451 | 1429 | 1993 | Fair | 500 | own | | | | |
| Utility | Daikatju | SL-80 utility | 60A000058000300076 | 51930 mi | 1988 | worn | 400 | own | | | | |
| Utility | Club Car | Carryall II | 68745132051 | 4000+ | 1967 | out of service | 50 | own | | | | |
| Utility | Club Car | Carryall II | 68631150042 | 4200+ | 1986 | out of service | 50 | own | | | | |
| Utility | Jacobsen | AF-200 tractor | 810572-70108 | 6000+ | 1985 | fair | 5000 | own | | | | |
| Utility | Club Car | golf cart | A843863511 | 5000+ | 1984 | out of service | 50 | own | | | | |
| Utility | Club Car | Carryall T1 | H60333-310073 | 1679 | 2007 | poor | 200 | own | | | | |
| Utility | Club Car | Carryall II | RG9804-643073 | 3148 | 1997 | poor | 200 | own | | | | |
| Utility | Club Car | Carryall II | RG9831-680309 | 3748 | 1999 | poor | 200 | own | | | | |
| Utility | Club Car | Carryall Exp | R89443-539360 | 2895 | 2009 | poor | 300 | own | | | | |
| Utility | Club Car | Carryall IIp | R690Z8-511876 | 3506 | 2009 | poor | 200 | own | | | | |
| Utility | Smithco | Trap Rake | 10501-8418 | 7500+ | 1983 | out of service | 200 | own | | | | |
| Utility | Ford | 1100 tractor | U-Z6058 | 6000+ | 1987 | out of service | 500 | own | | | | |
| Utility | John Deere | 410A Backhoe | 3795397 | | 1982 | worn | 8000 | own | | | | |
| Utility | Chevrolet | 3/4 ton pickup | IGC74H2P.TJ85362 | | 1985 | fair | 1000 | own | | | | |
| Utility | Chevrolet | 1 ton Dump Truck | IGBJK34M0EV103526 | | 1984 | worn | 2000 | own | | | | |
| Grinders | Express Dual | Real Grinder | 1017 | | 1996 | fair | 4000 | own | | | | |
| Grinders | Express Dual | Bedkn ife grinder | | | 1996 | Fair | 3000 | own | | | | |
| Sprayers | SDI | 200 gal spray rig | 31697-TM100 | | 1993 | Fair | 500 | own | | | | |
| Sprayers | SDI | 200 gal spray rig | 6129 | | 1988 | worn | 500 | own | | | | |
| Turf Tools | Honda | Weed eater | 1013065 | | 2007 | good | 25 | own | | | | |
| Turf Tools | Toro | spreader | 232011111 25426 | | 2006 | Good | 3000 | own | | | | |
| Turf Tools | stihl | 440 chainsaw | 112865615004 | | 2003 | Good | 150 | own | | | | |
| Turf Tools | stihl | 101 pole pruner | | | 2003 | dued | 500 | own | | | | |
| Turf Tools | Agway | Greens express | AWC0504-1JF86D | | 2002 | Good | 5000 | own | | | | |
| Turf Tools | Buffalo | Buffalo Blower | 8012 | | 2002 | poor | 500 | own | | | | |
| Turf Tools | Toro | ans Blower | 8901677 | | 1997 | out of service | 25 | own | | | | |
| Turf Tools | Jacobsen | Walk behind aeder | 82100-2001 | 825 | 1994 | Good | 500 | own | | | | |
| Turf Tools | Ryan | Walk behind aerifier | 544863A-93124787 | | 1993 | good | 1000 | own | | | | |
| Turf Tools | Fisher | 7.5 ft plow | 806547 | | 1993 | Good | 350 | own | | | | |
| Turf Tools | swenson | road sander | pv380-59449 | | 1993 | poor | 800 | own | | | | |
| Turf Tools | Anderson | spreader | | | 2008 | good | 50 | own | | | | |
| Turf Tools | Anderson | spreader | | | 2008 | good | 50 | own | | | | |
| Turf Tools | Ryan | Sod Cutter | 121093 | | 1985 | very worn | 600 | own | | | | |
| Turf Tools | Fisher | 8 Ft plow | 172072 | | 1983 | very worn | 425 | own | | | | |
| Turf Tools | Jacobsen | spiker/aerator | 062591-3110 | | 1983 | very worn | 300 | own | | | | |
| Turf Tools | Ford | Box Scraper | WD12862 | | 1982 | very worn | 300 | own | | | | |
| | dodge | 1500 Pickup | 1D7HU18DX2S374218 | | 2003 | Good | 3000 | own | | | | |
| Sprayers | Toro | 1100 multipro | | | | good | 2500 | own | Maverick Golf Purchase | | | |
| seedrp | John Deere | 1200 hydro | | | 2011 | good | 5000 | own | Maverick Golf Purchase | | | |
| Greens | Jacobsen | greens king VI | | 1783 | 2009 | good | 8000 | own | Maverick Golf Purchase | | | |
| Fairway | Toro | 5400D | | 2246 | 2002 | good | 4000 | own | Maverick Golf Purchase | | | |
| | | | | | | Fair market Value: | $196,900 | | | | | |

**B6C (Official Form 6C) (04/13)**

IN RE  **In Play Membership Golf, Inc.**                                                    Case No. **13-14422 EEB**
_____                        _____
                              Debtor(s)                                                                                    (If known)

## SCHEDULE C - PROPERTY CLAIMED AS EXEMPT

Debtor elects the exemptions to which debtor is entitled under:                    ☐ Check if debtor claims a homestead exemption that exceeds $155,675. *
(Check one box)
☐ 11 U.S.C. § 522(b)(2)
☐ 11 U.S.C. § 522(b)(3)

| DESCRIPTION OF PROPERTY | SPECIFY LAW PROVIDING EACH EXEMPTION | VALUE OF CLAIMED EXEMPTION | CURRENT VALUE OF PROPERTY WITHOUT DEDUCTING EXEMPTIONS |
|---|---|---|---|
| **Not Applicable** | | | |

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

* Amount subject to adjustment on 4/1/16 and every three years thereafter with respect to cases commenced on or after the date of adjustment.

B6D (Official Form 6D) (12/07)

IN RE **In Play Membership Golf, Inc.**                                                           Case No. **13-14422 EEB**
_____
　　　　　　　　　　Debtor(s)                                                                                  (If known)

## SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.

List creditors in alphabetical order to the extent practicable. If a minor child is the creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H – Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Total the columns labeled "Amount of Claim Without Deducting Value of Collateral" and "Unsecured Portion, if Any" in the boxes labeled "Total(s)" on the last sheet of the completed schedule. Report the total from the column labeled "Amount of Claim Without Deducting Value of Collateral" also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report the total from the column labeled "Unsecured Portion, if Any" on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>**Colorado Department Of Revenue**<br>**1375 Sherman St**<br>**Denver, CO  80261-0004** | | | | | | | 641.00 | 641.00 |
| | | | VALUE $ | | | | | |
| ACCOUNT NO.<br><br>**Douglas County Treasurer**<br>**P.O. Box 1208**<br>**100 3rd St Ste 120**<br>**Castle Rock, CO  80104-2425** | | | **Real Property Taxes**<br>**Plum Creek Golf** | | | | 167,790.14 | 167,790.14 |
| | | | VALUE $ **2,500,000.00** | | | | | |
| ACCOUNT NO.<br><br>**Jefferson County Treasurer**<br>**100 Jefferson County Pkwy**<br>**Golden, CO  80401-6000** | | | **Real Property Taxes**<br>**Deer Creek Golf** | | | | 219,328.10 | 219,328.10 |
| | | | VALUE $ **2,500,000.00** | | | | | |
| ACCOUNT NO. **725B**<br><br>**Mile High Banks**<br>**430 Indiana St**<br>**Golden, CO  80401-5066** | X | | **February 24, 2010**<br>**Loan secured by Deer Creek Golf** | | | | 5,535,316.61 | 3,035,316.61 |
| | | | VALUE $ **2,500,000.00** | | | | | |

　　　　**1** continuation sheets attached

| | | |
|---|---|---|
| Subtotal<br>(Total of this page) | $ **5,923,075.85** | $ **3,423,075.85** |
| Total<br>(Use only on last page) | $ | $ |
| | (Report also on Summary of Schedules.) | (If applicable, report also on Statistical Summary of Certain Liabilities and Related Data.) |

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6D (Official Form 6D) (12/07) - Cont.

IN RE In Play Membership Golf, Inc.                                    Case No. 13-14422 EEB
_____
             Debtor(s)                                                              (If known)

## SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>Randy Lewis, Receiver<br>C/O Caroline Fuller, Esq.<br>1700 Lincoln St Ste 2400<br>Denver, CO 80203-4524 | | | Assignee or other notification for:<br>Mile High Banks<br><br>VALUE $ | | | | | |
| ACCOUNT NO.<br>Steven Abelman, Esq.<br>Brownstein Hyatt Farber Schreck LLP<br>410 17th St Ste 2200<br>Denver, CO 80202-4432 | | | Assignee or other notification for:<br>Mile High Banks<br><br>VALUE $ | | | | | |
| ACCOUNT NO. **715B**<br>Mile High Banks<br>430 Indiana St<br>Golden, CO 80401-5066 | | | **February 24, 2010**<br>**Loan secured by Plum Creek Golf Club**<br><br>VALUE $ **2,500,000.00** | | | | 4,605,810.65 | 2,105,810.65 |
| ACCOUNT NO.<br>Randy Lewis, Receiver<br>C/O Caroline Fuller, Esq.<br>1700 Lincoln St Ste 2400<br>Denver, CO 80203-4524 | | | Assignee or other notification for:<br>Mile High Banks<br><br>VALUE $ | | | | | |
| ACCOUNT NO.<br>Steven Abelman, Esq.<br>Brownstein Hyatt Farber Schreck LLP<br>410 17th St Ste 2200<br>Denver, CO 80202-4432 | | | Assignee or other notification for:<br>Mile High Banks<br><br>VALUE $ | | | | | |
| ACCOUNT NO.<br><br> | | | <br>VALUE $ | | | | | |

Sheet no. _____**1**_____ of _____**1**_____ continuation sheets attached to
Schedule of Creditors Holding Secured Claims

| | | |
|---|---|---|
| Subtotal<br>(Total of this page) | $ **4,605,810.65** | $ **2,105,810.65** |
| Total<br>(Use only on last page) | $**10,528,886.50** | $ **5,528,886.50** |
| | (Report also on Summary of Schedules.) | (If applicable, report also on Statistical Summary of Certain Liabilities and Related Data.) |

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6E (Official Form 6E) (04/13)

**IN RE** In Play Membership Golf, Inc.       Case No. **13-14422 EEB**

_____Debtor(s)_____       _____(If known)_____

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

## SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

    A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name, mailing address, including zip code, and last four digits of the account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition. Use a separate continuation sheet for each type of priority and label each with the type of priority.

    The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

    If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H-Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

    Report the total of claims listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

    Report the total of amounts entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

    Report the total of amounts not entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts not entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☑ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

**TYPES OF PRIORITY CLAIMS** (Check the appropriate box(es) below if claims in that category are listed on the attached sheets)

☐ **Domestic Support Obligations**
    Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

☐ **Extensions of credit in an involuntary case**
    Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(3).

☐ **Wages, salaries, and commissions**
    Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $12,475* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐ **Contributions to employee benefit plans**
    Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

☐ **Certain farmers and fishermen**
    Claims of certain farmers and fishermen, up to $6,150* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

☐ **Deposits by individuals**
    Claims of individuals up to $2,775* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. § 507(a)(7).

☐ **Taxes and Certain Other Debts Owed to Governmental Units**
    Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐ **Commitments to Maintain the Capital of an Insured Depository Institution**
    Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507 (a)(9).

☐ **Claims for Death or Personal Injury While Debtor Was Intoxicated**
    Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance. 11 U.S.C. § 507(a)(10).

    * Amounts are subject to adjustment on 4/01/16, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

_____ **0** continuation sheets attached

B6F (Official Form 6F) (12/07)

IN RE **In Play Membership Golf, Inc.**                                              Case No. **13-14422 EEB**
_____                              _____
                          Debtor(s)                                                              (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding unsecured nonpriority claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>**A1 Security Systems**<br>**8200 E Pacific Pl Ste 309**<br>**Denver, CO  80231-3213** | | | **2012**<br>**Vendor** | | | | **95.00** |
| ACCOUNT NO.<br><br>**Aire-Master Of The Front Range**<br>**6835 Dauntless Ct**<br>**Colorado Springs, CO  80919-1304** | | | **2013**<br>**Vendor** | | | | **308.70** |
| ACCOUNT NO.<br><br>**American Backflow, LLC**<br>**4440 S Queen St**<br>**Littleton, CO  80127-1062** | | | **2013**<br>**Vendor** | | | | **724.83** |
| ACCOUNT NO.<br><br>**Amerigas**<br>**PO Box 371473**<br>**Pittsburgh, PA  15250** | | | **2013**<br>**Vendor** | | | | **329.02** |

_____**11**_____ continuation sheets attached

Subtotal
(Total of this page)   $   **1,457.55**

Total
(Use only on last page of the completed Schedule F. Report also on the Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)   $

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) - Cont.

IN RE **In Play Membership Golf, Inc.**                                      Case No. **13-14422 EEB**
_____                             _____
                          Debtor(s)                                                  (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br> **Anheuser-Busch Sales Of Denver** <br> **Budweiser** <br> **1445 E 62nd Ave** <br> **Denver, CO  80216** | | | 2013 <br> Vendor | | | | 536.00 |
| ACCOUNT NO. <br> **Auto-Chlor System** <br> **5650 Pecos St** <br> **Denver, CO  80221-6641** | | | 2013 <br> Vendor | | | | 393.92 |
| ACCOUNT NO. <br> **Bailey, Lisa And Jeff** <br> **225 Cessna Dr** <br> **Erie, CO  80516-8138** | | | | | | | 0.00 |
| ACCOUNT NO. <br> **Begnaud, Patrice Lee And Clifford** <br> **215 Piper Dr** <br> **Erie, CO  80516-8140** | | | | | | | 0.00 |
| ACCOUNT NO. <br> **Bratton, David And Michelle** <br> **225 Piper Dr** <br> **Erie, CO  80516-8140** | | | | | | | 0.00 |
| ACCOUNT NO. <br> **Century Link** <br> **PO Box 29040** <br> **Phoenix, AZ  85038-9040** | | | 2013 <br> Vendor | | | | 723.13 |
| ACCOUNT NO. <br> **Cintas Fire Protection** <br> **PO Box 17789** <br> **Denver, CO  80217-0789** | | | 2012 <br> Vendor | | | | 588.44 |

Sheet no. **1** of **11** continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $ **2,241.49**

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.) $

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) - Cont.

IN RE **In Play Membership Golf, Inc.**                              Case No. **13-14422 EEB**
_____
Debtor(s)                                                                    (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>**William Woodard, Esq.**<br>**Greenberg Grant & Richards**<br>**PO Box 571811**<br>**Houston, TX  77257-1811** | | | Assignee or other notification for:<br>**Cintas Fire Protection** | | | | |
| ACCOUNT NO.<br>**Clubtec (Webtec)**<br>**1610 Corporate Ct**<br>**Irving, TX  75038-2203** | | | 2012 - 2013<br>Vendor | | | | 1,914.00 |
| ACCOUNT NO.<br>**Colorado Golf & Turf**<br>**11757 S Wadsworth Blvd**<br>**Littleton, CO  80125-8502** | | | 2012-2013<br>Vendor | | | | 1,786.19 |
| ACCOUNT NO.<br>**Colorado Water Well Pump Service**<br>**& Supply, Inc.**<br>**1201 Pecos St**<br>**Denver, CO  80204-3426** | | | Vendor | | | | 8,744.83 |
| ACCOUNT NO.<br>**Compression Leasing Services**<br>**5530 Joliet St**<br>**Denver, CO  80239-2006** | | | 2012<br>Vendor | | | | 1,318.75 |
| ACCOUNT NO.<br>**Corporate Barter Solutions**<br>**7355 E Orchard Rd Ste 150**<br>**Greenwood Village, CO  80111-2511** | | | 2013<br>Vendor | | | | 15.00 |
| ACCOUNT NO.<br>**Dean, Carolyn Sue**<br>**365 Piper Drive**<br>**Erie, CO  80516** | | | | | | | 0.00 |

Sheet no. __**2**__ of __**11**__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $ | **13,778.77**

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.) $ |

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) - Cont.

IN RE **In Play Membership Golf, Inc.**                                                    Case No. **13-14422 EEB**
_____
Debtor(s)                                                                                                                    (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **1868**<br>**Dept Of The Army Corps Of Engineers**<br>**5722 Integrity Dr**<br>**Millington, TN  38054-5028** | | | 11/2012<br>**Wetland Mitigation** | | | | 7,821.72 |
| ACCOUNT NO.<br>**Direct TV**<br>**PO Box 60036**<br>**Los Angeles, CA  90060-0036** | | | 2013<br>**Vendor** | | | | 458.94 |
| ACCOUNT NO.<br>**Easy Picker**<br>**415 Leonard Blvd N**<br>**Lehigh Acres, FL  33971-6302** | | | 2011<br>**Vendor** | | | | 1,556.04 |
| ACCOUNT NO.<br>**Erie Insurance**<br>**100 Erie Insurance Place**<br>**Erie, PA  16530-0001** | | | **Vendor** | | | | 205.39 |
| ACCOUNT NO.<br>**Event Rents**<br>**13305 James E Casey Ave**<br>**Englewood, CO  80112-5819** | | | 2011<br>**Vendor** | | | | 1,184.11 |
| ACCOUNT NO.<br>**Gear For Sports**<br>**9700 Commerce Pkwy**<br>**Lenexa, KS  66219-2402** | | | **Vendor** | | | | 7,549.64 |
| ACCOUNT NO.<br>**Golf & Sport Solutions**<br>**22455 Wcr 49**<br>**La Salle, CO  80645** | | | 2012-2013<br>**Vendor** | | | | 308.28 |

Sheet no. **3** of **11** continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)  $ **19,084.12**

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.)  $

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) - Cont.

IN RE **In Play Membership Golf, Inc.**                    Case No. **13-14422 EEB**
_____                    _____
Debtor(s)                                                    (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **4897** <br><br>**Greenburg Glusker** <br>**1900 Avenue of the Stars Ste 2100** <br>**Los Angeles, CA 90067-4502** | | | Attorney's fees | | | | 32,631.26 |
| ACCOUNT NO. <br><br>**Guebelle, Steven And Kathleen** <br>**145 Beech Ct** <br>**Erie, CO 80516-8121** | | | | | | | 0.00 |
| ACCOUNT NO. <br><br>**Haglin, Judi And Dana** <br>**120 Cessna Dr** <br>**Erie, CO 80516-8112** | | | | | | | 0.00 |
| ACCOUNT NO. <br><br>**Hamilton Linens** <br>**1480 E 61st Ave** <br>**Denver, CO 80216-1206** | | | 2011-2013 <br>Vendor | | | | 5,604.27 |
| ACCOUNT NO. <br><br>**Hart, Karen** <br>**2405 S Yosemite St** <br>**Denver, CO 80231-4269** | | | Divorce settlement | | | | unknown |
| ACCOUNT NO. <br><br>**Hawkins, Helen** <br>**270 Viking Ct** <br>**Erie, CO 80516-8119** | | | | | | | 0.00 |
| ACCOUNT NO. <br><br>**Heckenbach Thompson Suazo & Dave LLP** <br>**7400 E Orchard Rd Ste 3025N** <br>**Greenwood Village, CO 80111-2528** | | | | | | | 40.00 |

Sheet no. **4** of **11** continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $ **38,275.53**

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.) $

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) - Cont.

IN RE **In Play Membership Golf, Inc.**                                            Case No. **13-14422 EEB**
_____                                    _____
Debtor(s)                                                                                      (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br><br> Horizon <br> PO Box 52758 <br> Phoenix, AZ  85072-2758 | | | 2013 <br> Vendor | | | | 271.56 |
| ACCOUNT NO. <br><br> IREA <br> PO Box A <br> Sedalia, CO  80135-0220 | | | 2013 <br> Vendor | | | | 155.07 |
| ACCOUNT NO. <br><br> JB Enterprises - The Rolling Stone <br> PO Box 301 <br> Castle Rock, CO  80104-0301 | | | Vendor | | | | 1,006.78 |
| ACCOUNT NO. <br><br> JC Golf Accessories <br> 3602 S Jason St <br> Englewood, CO  80110-3431 | | | 2012 <br> Vendor | | | | 149.16 |
| ACCOUNT NO. <br><br> Kaiser Permanente <br> 2530 S Parker Rd <br> Aurora, CO  80014-1623 | | | Insurance | | | | 7,735.20 |
| ACCOUNT NO. <br><br> GB Collects, Inc. <br> 145 Bradford Drive <br> Berlin, NJ  08009 | | | Assignee or other notification for: <br> Kaiser Permanente | | | | |
| ACCOUNT NO. <br><br> Ken Caryl Ranch HOA <br> 7676 S. Continental Road <br> Littleton, CO  80127 | | | Pending lawsuit | | | | unknown |

Sheet no. **5** of **11** continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $ **9,317.77**

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.) $

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) - Cont.

IN RE **In Play Membership Golf, Inc.**                                        Case No. **13-14422 EEB**
_____
Debtor(s)                                                                (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>**Stephane Dupont, Esq.**<br>**Gina Botti, Esq.**<br>**1660 Lincoln St Ste 1550**<br>**Denver, CO 80264-1502** | | | Assignee or other notification for:<br>**Ken Caryl Ranch HOA** | | | | |
| ACCOUNT NO.<br>**Ken Caryl Water & Sanitation District**<br>**10698 W Centennial Rd**<br>**Littleton, CO 80127-4221** | | | 2013<br>Vendor | | | | 617.70 |
| ACCOUNT NO.<br>**Klein, James**<br>**290 Viking Ct**<br>**Erie, CO 80516-8119** | | | | | | | 0.00 |
| ACCOUNT NO.<br>**Kosch, Rita**<br>**300 Baron Ct**<br>**Erie, CO 80516-8113** | | | | | | | 0.00 |
| ACCOUNT NO.<br>**Legendary Marketing**<br>**3729 S Lecanto Hwy**<br>**Lecanto, FL 34461-9086** | | | 2012<br>Vendor | | | | 149.00 |
| ACCOUNT NO.<br>**Lights On**<br>**5485 Marion St Unit D**<br>**Denver, CO 80216-1712** | | | 2012<br>Vendor | | | | 423.14 |
| ACCOUNT NO.<br>**LL Johnson**<br>**4700 Holly St**<br>**Denver, CO 80216-6410** | | | 2012<br>Vendor | | | | 14.89 |

Sheet no. **6** of **11** continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $ **1,204.73**

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.) $

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) - Cont.

IN RE **In Play Membership Golf, Inc.**                                          Case No. **13-14422 EEB**
_____                                    _____
Debtor(s)                                                                              (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **Mason, Edward And Laura** **175 Commander Dr** **Erie, CO  80516-8128** | | | | | | | **0.00** |
| ACCOUNT NO. **Maverick Corp.** **8673 E Iliff Dr** **Denver, CO  80231-3810** | | | 2013 **Course maintenance, equipment and supplies** | | | | **29,000.00** |
| ACCOUNT NO. **Maya Water** **C/O Carruth Properties** **10789 Bradford Rd Ste 205** **Littleton, CO  80127-6406** | | | 2012 **Vendor** | | | | **20,000.00** |
| ACCOUNT NO. **Mile High Turfgrass** **PO Box 2124** **Evergreen, CO  80437-2124** | | | 2013 **Vendor** | | | | **386.26** |
| ACCOUNT NO. **Nebraska National Bank** **Exchange Bank** **3110 2nd Ave** **Kearney, NE  68847-2905** | | | **Vendor** | | | | **4,252.67** |
| ACCOUNT NO. **Nike, Inc.** **Accounts Payable Dept.** **PO Box 4250** **Beaverton, OR  97076-4250** | | | **Vendor** | | | | **unknown** |
| ACCOUNT NO. **Miller & Cohen, P.C.** **P.O. Box 1259** **344 Main St** **Longmont, CO  80501-3557** | | | **Assignee or other notification for:** **Nike, Inc.** | | | | |

Sheet no. **7** of **11** continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $ **53,638.93**

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.) $

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) - Cont.

IN RE In Play Membership Golf, Inc.

_____
Debtor(s)

Case No. 13-14422 EEB

(If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. Pelling, Howard And Regina 240 Commander Dr Erie, CO 80516-8127 | | | | | | | 0.00 |
| ACCOUNT NO. Prestige Flag 591 Camino De La Reina Ste 917 San Diego, CA 92108-3111 | | | 2013 Vendor | | | | 226.51 |
| ACCOUNT NO. Pronto, Jeffrey And Rebecca 190 Cessna Dr Erie, CO 80516-8112 | | | | | | | 0.00 |
| ACCOUNT NO. R&R Products, Inc. 3334 E Milber St Tucson, AZ 85714-2029 | | | 2012 Vendor | | | | 676.80 |
| ACCOUNT NO. Rafter, Mick C/O David A. Roth, Esq. 1836 Vinewood Ln Ste 200 Pueblo, CO 81005-2544 | | | 2012 Pending lawsuit | | | X | 16,000.00 |
| ACCOUNT NO. Ranney, Patricia Kay 120 Piper Dr Erie, CO 80516-8102 | | | | | | | 0.00 |
| ACCOUNT NO. Russo, Mark 285 Skylane Dr Erie, CO 80516-8137 | | | | | | | 0.00 |

Sheet no. **8** of **11** continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $ **16,903.31**

Total
(Use only on last page of the completed Schedule F. Report also on the Summary of Schedules, and if applicable, on the Statistical Summary of Certain Liabilities and Related Data.) $

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) - Cont.

IN RE **In Play Membership Golf, Inc.**                                      Case No. **13-14422 EEB**
_____
Debtor(s)                                                                              (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br> **Shattuck, John And Janice** <br> **115 Beech Ct** <br> **Erie, CO  80516-8121** | | | | | | | 0.00 |
| ACCOUNT NO. <br> **Sherman, Diane And Trent** <br> **2445 Bellanca Ct** <br> **Erie, CO  80516-8130** | | | | | | | 0.00 |
| ACCOUNT NO. <br> **Simplot Partners** <br> **4195 Oneida St** <br> **Denver, CO  80216-6602** | | | Vendor | | | | 30,000.00 |
| ACCOUNT NO. <br> **Brian J. Holst, Esq.** <br> **Tim Dowling, Esq.** <br> **PO Box 298** <br> **Longmont, CO  80502-0298** | | | Assignee or other notification for: <br> Simplot Partners | | | | |
| ACCOUNT NO. <br> **Smith Brooks Balshoun & Co. LLP** <br> **2680 18th St Ste 200** <br> **Denver, CO  80211-3996** | | | 2012 <br> Services | | | | 1,800.00 |
| ACCOUNT NO. <br> **Smith, Kevin And Kim Edlin** <br> **165 Cessna Dr** <br> **Erie, CO  80516-8111** | | | | | | | 0.00 |
| ACCOUNT NO. <br> **Soil Horizons** <br> **865 Catalpa Pl** <br> **Marysville, OH  43040-2102** | | | Vendor | | | | 870.00 |

Sheet no. ___**9**___ of ___**11**___ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $ **32,670.00**

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.)   $

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) - Cont.

IN RE **In Play Membership Golf, Inc.**
_____     Case No. **13-14422 EEB**
                           Debtor(s)                                                    (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br> **Standard Industries** <br> **PO Box 138** <br> **Butler, MD  21023-0138** | | | **2013** <br> **Vendor** | | | | **998.89** |
| ACCOUNT NO. <br> **Tectonic Greens** <br> **1990 Albarado Rd.** <br> **Georgetown, CO  80444** | | | **Vendor** | | | | **4,600.62** |
| ACCOUNT NO. <br> **Fairfield & Woods, P.C.** <br> **Wells Fargo Center** <br> **1700 Lincoln St Ste 2400** <br> **Denver, CO  80203-4524** | | | **Assignee or other notification for:** <br> **Tectonic Greens** | | | | |
| ACCOUNT NO. <br> **Terminix** <br> **PO Box 17167** <br> **Memphis, TN  38187-0167** | | | **2012-2013** <br> **Vendor** | | | | **460.00** |
| ACCOUNT NO. <br> **United Site Services** <br> **PO Box 219** <br> **Commerce City, CO  80037-0219** | | | **Vendor** | | | | **1,500.00** |
| ACCOUNT NO. <br> **Unruh, Bryce And Elizabeth** <br> **255 Piper Dr** <br> **Erie, CO  80516-8140** | | | | | | | **0.00** |
| ACCOUNT NO. <br> **US Bancorp** <br> **1310 Madrid St Ste 101** <br> **Marshall, MN  56258-4002** | | | **2012** <br> **Vendor** | | | | **2,323.81** |

Sheet no. **10** of **11** continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)  $ **9,883.32**

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.)  $

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) - Cont.

IN RE **In Play Membership Golf, Inc.**                                    Case No. **13-14422 EEB**
_____                                  _____
Debtor(s)                                                                 (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **US Food Service Dept. 597 Denver, CO 80217** | | | **2012 Vendor** | | | | **240.95** |
| ACCOUNT NO. **Waste Management 2400 W Union Ave Englewood, CO 80110-5354** | | | **2013 Vendor** | | | | **835.00** |
| ACCOUNT NO. **Welliever, Don And Vivian 210 Cessna Dr Erie, CO 80516-8142** | | | | | | | **0.00** |
| ACCOUNT NO. **Xcel Energy P.O. Box 9477 Minneapolis, MN 55484-0001** | | | **2012 Vendor** | | | | **137.39** |
| ACCOUNT NO. | | | | | | | |
| ACCOUNT NO. | | | | | | | |
| ACCOUNT NO. | | | | | | | |

Sheet no. **11** of **11** continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $ **1,213.34**

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.) $ **199,668.86**

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6G (Official Form 6G) (12/07)

IN RE **In Play Membership Golf, Inc.**                                                                Case No. **13-14422 EEB**
_____
Debtor(s)                                                                                          (If known)

## SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

Describe all executory contracts of any nature and all unexpired leases of real or personal property. Include any timeshare interests. State nature of debtor's interest in contract, i.e., "Purchaser," "Agent," etc. State whether debtor is the lessor or lessee of a lease. Provide the names and complete mailing addresses of all other parties to each lease or contract described. If a minor child is a party to one of the leases or contracts, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐ Check this box if debtor has no executory contracts or unexpired leases.

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE OF OTHER PARTIES TO LEASE OR CONTRACT | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST. STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY. STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
| **Colorado Golf & Turf**<br>**11757 S Wadsworth Blvd**<br>**Littleton, CO  80125-8502** | **Golf Car Lease Agreement dated 3/28/13 with Deer Creek Golf Club**<br>**Lease of 75 Club Cars (electric) and 1 Club Car for driving range (gas)**<br>**Term: 3/1/13 - 10/3/13**<br>**Weekly payments of $41.26 per car and $87.89 for driving range car** |

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6H (Official Form 6H) (12/07)

IN RE **In Play Membership Golf, Inc.**                    Case No. **13-14422 EEB**
_____                    _____
Debtor(s)                                                    (If known)

## SCHEDULE H - CODEBTORS

    Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by the debtor in the schedules of creditors. Include all guarantors and co-signers. If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the eight-year period immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state, commonwealth, or territory. Include all names used by the nondebtor spouse during the eight years immediately preceding the commencement of this case. If a minor child is a codebtor or a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐ Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| **Stacey A. Hart**<br>**C/O Plum Creek Gold And Country Club**<br>**331 Players Club Dr**<br>**Castle Rock, CO  80104-2700** | **Mile High Banks**<br>**430 Indiana St**<br>**Golden, CO  80401-5066** |

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6 Declaration (Official Form 6 - Declaration) (12/07)

IN RE **In Play Membership Golf, Inc.** _____   Case No. **13-14422 EEB** _____
_____Debtor(s)_____   _____(If known)_____

# DECLARATION CONCERNING DEBTOR'S SCHEDULES

### DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

I declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of _____ sheets, and that they are true and correct to the best of my knowledge, information, and belief.

Date: _____   Signature: _____
_____Debtor

Date: _____   Signature: _____
_____(Joint Debtor, if any)
[If joint case, both spouses must sign.]

---

### DECLARATION AND SIGNATURE OF NON-ATTORNEY BANKRUPTCY PETITION PREPARER (See 11 U.S.C. § 110)

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342 (b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required by that section.

_____   _____
Printed or Typed Name and Title, if any, of Bankruptcy Petition Preparer   Social Security No. (Required by 11 U.S.C. § 110.)

_If the bankruptcy petition preparer is not an individual, state the name, title (if any), address, and social security number of the officer, principal, responsible person, or partner who signs the document._

_____

_____
Address

_____   _____
Signature of Bankruptcy Petition Preparer   Date

Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document, unless the bankruptcy petition preparer is not an individual:

_If more than one person prepared this document, attach additional signed sheets conforming to the appropriate Official Form for each person._

_A bankruptcy petition preparer's failure to comply with the provision of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both.  11 U.S.C. § 110; 18 U.S.C. § 156._

---

### DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the **President** _____ (the president or other officer or an authorized agent of the corporation or a member or an authorized agent of the partnership) of the **In Play Membership Golf, Inc.** _____ (corporation or partnership) named as debtor in this case, declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of _____ **29** sheets (_total shown on summary page plus 1_), and that they are true and correct to the best of my knowledge, information, and belief.

Date: **April 15, 2013** _____   Signature: _**/s/ Stacey A. Hart**_____

**Stacey A. Hart** _____
(Print or type name of individual signing on behalf of debtor)

_[An individual signing on behalf of a partnership or corporation must indicate position or relationship to debtor.]_

_Penalty for making a false statement or concealing property:_ Fine of up to $500,000 or imprisonment for up to 5 years or both.  18 U.S.C. §§ 152 and 3571.

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only