UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLORADO

| | |
|---|---|
| In re: ) | |
| ) | |
| IN PLAY MEMBERSHIP GOLF, INC. ) | Case No. 13-14422 EEB |
| EIN 20-5858584 ) | Chapter 11 |
| ) | |
| Debtor. ) | |

**AMENDED CHAPTER 11 FINAL REPORT AND MOTION FOR FINAL DECREE**

Comes now the Debtor, In Play Membership Golf, Inc., by and through its undersigned attorney, and pursuant to the provisions of 11 U.S.C. §1106(a)(7) as ordered by this Court, and submits that the estate herein is fully administered and that the plan has been substantially consummated as follows:

1. That the Order confirming the Plan has become final;

2. That the deposits required by the Plan have been distributed in accordance with the provisions of the Plan as shown in Schedule A attached hereto;

3. That substantially all of the property of the Debtor has been transferred according to the provisions of the Plan as shown in Schedule B attached hereto;

4. That the Debtor or the successor has assumed the business or the management of the property dealt with by the Plan as applicable;

5. That distribution has been commenced under the plan, and that payments to creditors and other interested parties have been undertaken as shown in Schedule C attached hereto; and

6. That all motions, contested matters, and adversary proceedings have been finally resolved, except for Adversary Proceeding No. 15-1191 EEB, styled as *In Play Membership Golf, Inc., Plaintiff v. Billy Casper Golf, LLC, Defendant*, which remains pending before this Court. The parties to the Adversary Proceeding have filed Motions for Summary Judgment. By separate Motion filed by the Debtor, the Debtor is requesting that even though it is asking the Court to enter a Final Decree closing its Chapter 11 case, the Adversary Proceeding remain open and that the Court retain jurisdiction until the conclusion of the Adversary Proceeding.

WHEREFORE, the Debtor herein prays for the entry of the Final Decree pursuant to Fed.R.Bankr.P. 3022, finding that the estate has been fully administered and, therefore, ordering the closing of the case.

DATED: March 28, 2017                By: /s/ *Stacey A. Hart*
                                            Representative of the Debtor


DATED: March 28, 2017                Respectfully Submitted,

                                     WEINMAN & ASSOCIATES, P.C.


                                     By: /s/ *Jeffrey A. Weinman*
                                            Jeffrey A. Weinman, #7605
                                            730 17th Street, Suite 240
                                            Denver, CO 80202-3506
                                            Telephone: (303) 572-1010
                                            Facsimile: (303) 572-1011
                                            jweinman@weinmanpc.com
                                     *COUNSEL FOR DEBTOR,*
                                     *IN PLAY MEMBERSHIP GOLF, INC.*

Case No. 13-14422 EEB
In re: In Play Membership Golf, Inc.

## SCHEDULE A

Nature and amount of deposits distributed in accordance with the provisions of the Plan:

| NATURE OF DEPOSIT | AMOUNT | DISTRIBUTION |
|---|---|---|
| N/A | | |

Case No. 13-14422 EEB
In re: In Play Membership Golf, Inc.

## SCHEDULE B

The following property of the Debtor has been transferred according to the provisions of the Plan:

| Nature of Real Property | Value of Property | Transferred To | Date of Transfer |
|---|---|---|---|
| Located at: 331 Players Club Drive Castle Rock, CO 80104-2700 | $1.7 million | SW Greens Plum Creek, LLC | January 2, 2015 |

Case No. 13-14422 EEB
In re: In Play Membership Golf, Inc.

## SCHEDULE C

Payments completed under the provisions of the Plan are as follows:

**Administrative Payments/Fees and Taxes:**

| | |
|---|---:|
| 1. Trustee's Commissions & Expenses: U.S. Trustee | $0.00 |
| 2. Accountant's Fees | $0.00 |
| 3. Auctioneer's Fees | $0.00 |
| 4. Appraiser's Fees | $0.00 |
| 5. Attorney's Fees | |
|     a. for creditors' committee | $0.00 |
|     b. for trustee | $0.00 |
|     c. for Debtor | $113,571.08 |
|     d. other attorney's fees | $0.00 |
| 6. Taxes, Fines, Penalties, etc. (11 U.S.C. §502(b)(1)(B) & (C)) | $0.00 |
| 7. Other Non-Operating Costs of Administration - Other Professionals | $1,244.92 |
| TOTAL Administrative Payments/Fees and Taxes: | $114,816.00 |

**Other Priority Payments:**

| | |
|---|---:|
| 1. Post Involuntary Petition/Pre-Relief Claims | $0.00 |
| 2. Wages, etc. | $0.00 |
| 3. Contributions to Employee Benefit Plans | $0.00 |
| 4. Deposits for Undelivered Service or Property | $0.00 |
| 5. Taxes (11 U.S.C. §507(a)(6)) | $202.44 |
| TOTAL Other Priority Payments: | $202.44 |

**Other Payments Completed Under the Plan:**

| | |
|---|---:|
| 1. Payments to Secured Creditors | $5,268,000.00[1] |
| 2. Payments to Unsecured Creditors | $8,900,000.00+[2] |
| 3. Payments to Equity Holders | $0.00 |
| 4. Other Distributions | $0.00 |
| TOTAL Other Payments Completed Under the Plan: | $14,168,000.00 |
| TOTAL PAYMENTS COMPLETED UNDER THE PLAN: | $14,283,018.44 |

---

[1] Paid, satisfied or forgiven pursuant to Plan, Court-ordered Stipulation, or Agreement.

[2] Paid, satisfied or forgiven pursuant to Plan, Court-ordered Stipulation, or Agreement.

## CERTIFICATE OF MAILING

I hereby certify that I have mailed on this 28th day of March, 2017, a true and correct copy of the foregoing **AMENDED CHAPTER 11 FINAL REPORT AND MOTION FOR FINAL DECREE** by placing the same in the United States mail, postage prepaid, addressed to:

Leo M. Weiss, Esq.
U.S. Trustee's Office
999 18th St., #1551
Denver, CO 80202

In Play Membership Golf, Inc.
Attn: Stacey Hart
8135 Shaffer Parkway
Littleton, CO 80127

Patrick D. Vellone, Esq.
Allen & Vellone, P.C.
1600 Stout Street, Suite 1100
Denver, CO 80202-3131

Steven E. Abelman, Esq.
Brownstein Hyatt Farber Schreck, LLP
410 17th St., Ste. 2200
Denver, CO 80202-4432

David M. Miller, Esq.
M. Frances Cetrulo, Esq.
John L. Watson, Esq.
Berenbaum Weinshienk PC
370 17th St., Ste. 4800
Denver, CO 80202

Michael R. Snyder, Esq.
Snyder & Hilliard, P.C., L.L.O.
P.O. Box 1414
Kearney, NE 68848

Harvey Sender, Esq.
Sender, Wasserman & Wadsworth, P.C.
1660 Lincoln St., Ste. 2200
Denver, CO 80264

Stephane R. Dupont, Esq.
Gina C. Botti, Esq.
Winzenburg, Leff, Purvis & Payne, LLP
8020 Shaffer Parkway, Suite 300
Littleton, CO 80127

Jonah G. Hunt, Esq.
Hal R. Kyles, Esq.
Orten Cavanagh & Holmes, LLC
1445 Market St., Ste. 350
Denver, CO 80202

Curt Todd, Esq.
Law Office of Curt Todd, LLC
837 E. 17th Ave., Ste. 102
Denver, CO 80218

Chad S. Caby, Esq.
Brent R. Cohen, Esq.
Lewis Roca Rothgerber LLC
1200 17th St., Ste. 3000
Denver, CO 80202-5855

James B. Holden, Esq.
Colorado Department of Law
Ralph L. Carr Colorado Judicial Center
1300 Broadway, 8th Floor
Denver, CO 80203

Randall M. Weiner, Esq.
Law Offices of Randall M. Weiner, P.C.
3100 Arapahoe Ave., Ste. 460
Boulder, CO 80303

Peter Rinehart
Plum Creek Golf & Country Club LLC
413 Wilcox St., Ste. 204
Castle Rock, CO 80104

Eric Butler, Esq.
Jefferson County Attorney's Office
100 Jefferson County Pkwy., Ste. 5500
Golden, CO 80419

Kenneth J. Buechler, Esq.
Buechler & Garber, L.L.C.
999 18th Street, Suite 1230S
Denver, CO 80202

Robert Padjen, Esq.
Laufer and Padjen LLC
5290 DTC Parkway, Suite 150
Englewood, CO 80111

Meredith P. Van Horn, Esq.
Douglas County Attorney's Office
100 Third Street
Castle Rock, CO 80104

                                                */s/ Lisa R. Kraai*